UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

HERIBERTO MAYA RAMIREZ,

        Petitioner,                        Case No. 1:25-cv-1408

v.                                       Honorable Paul L. Maloney

ROBERT LYNCH et al.

        Respondents.
_____/

## **ORDER**

       This is a habeas corpus action brought an individual detained by the United States Immigration and Customs Enforcement (ICE), challenging the lawfulness of Petitioners' current detention. On November 24, 2025, the Court entered an opinion and judgment conditionally granting Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF Nos. 6, 7.) The Court ordered, *inter alia*, that Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of this Court's Opinion and Judgment or, in the alternative, immediately release Petitioner from custody. The Court also ordered Respondents to file a status report within six business days of the date of this Court's opinion and judgment to certify compliance with this opinion and the corresponding judgment.

       On December 2, 2025, Respondents filed a status report indicating that a bond hearing was held on November 26, 2025, and that bond was denied because "the respondent has not met his burden to show that he is not a flight risk." (ECF No. 8.) This matter is now before the Court on Petitioner's "First Amended Petition for [Writ] of Habeas Corpus" (ECF No. 9).

In his amended petition, Petitioner claims that the November 26, 2025, bond hearing did not comport with due process because the immigration judge improperly placed the burden of proof on Petitioner to show that he was not a flight risk. (*Id.*, PageID.100–01.)

Upon review of Petitioner's amended petition, it appears that Petitioner seeks to challenge the nature of the bond hearing that was held in response to the Court's Opinion and Judgment. However, the Court notes that this action is closed. The issues raised in Petitioner's initial § 2241 petition (ECF No. 1) were resolved by the Court's Opinion and Judgment. If Petitioner wishes to file a *new* § 2241 petition in this Court, he may do so by filing a new action with the applicable filing fee or an application to proceed *in forma pauperis*. Because the present action is closed, the Court will take no further action regarding the new § 2241 petitions that were filed in this closed action.

**IT IS SO ORDERED**.

Dated:   December 29, 2025                              /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge